UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

08 CV 00029

ROSA DELGADO,

                       Plaintiff,

     -against -

PATHMARK STORES, INC.,

                    Defendant.

-----------------------------------------------------------X

JUDGE RAKOFF

**_NOTICE OF REMOVAL_**

RECEIVED
JAN 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN AND SOUTHERN DISTRICT OF NEW YORK

       This Notice of Removal on behalf of defendant respectfully shows:

       1.    An action was commenced against defendant in the Supreme Court of the State of New York, Bronx County on July 23, 2007 which action is entitled above. According to the Complaint, plaintiff demands judgment in an amount "exceeding all jurisdictional limits". Copies of the Summons and Complaint are attached hereto and marked as **_Exhibit "A"_**.

       2.    Defendant timely interposed its answer to the Complaint. A copy of the Answer is annexed as **_Exhibit "B"_**.

       3.    On September 4, 2007, defendant served a CPLR §3017(c) "Request for a Supplemental Demand" requiring plaintiff to set forth the total damages to which he deems himself entitled. A copy of the "Request for Supplemental Demand" is annexed as **_Exhibit "C"_**.

4.    In response on December 17, 2007 plaintiff served a "response to Demand". A copy is annexed as *Exhibit "D"*. In the response, plaintiff' demands judgment against the defendant in the amount of $1,000,000.00.

5.    The above described action is now one in which this Court has original jurisdiction under the provisions of 28 U.S.C. 1332 and is one which may be removed to this Court by petitioner, pursuant to the provisions of 28 U.S.C. 1441 in that the matter in controversy exceeds the jurisdictional minimum for federal diversity actions exclusive of interest and costs.

6.    Plaintiff was, at the time this action was commenced, and still is, a citizen of the State of New York and resides in Bronx County. Defendant was, at the time this action was commenced, and still is, a corporation organized under the laws of the State of Delaware and having its principal place of business in the State of New Jersey.

*WHEREFORE*, defendant requests that the action now pending against it in the Supreme Court of the State of New York, Bronx County, be removed therefrom to this Court.

Dated:   New York, New York
         January 3, 2008

Yours etc.,

KRAL, CLERKIN, REDMOND, RYAN,
       PERRY & GIRVAN
Attorneys for Defendant
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
516-742-3470


BY: _____
      HENRY M. PRIMAVERA
      A Member of the Firm


TO:    WAYNE D. KURZNER, ESQ.
       Attorneys for Plaintiff
       555 Fifth Avenue, 14th Floor
       New York, New York 10017
       (212) 867-9149

## ATTORNEY'S AFFIRMATION

STATE OF NEW YORK)
            ss:
COUNTY OF NASSAU )

       I, the undersigned, an attorney duly admitted to practice in the Courts of the State of New York, state:

       That I am a member of the firm of KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, the attorneys of record for the defendant PATHMARK STORES, INC. in the within action;

       I have read the foregoing NOTICE OF REMOVAL and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by the defendant is that the answering defendant maintains its principal place of business outside Nassau County.

       The grounds of my belief as to all matters not stated upon my own knowledge are information, correspondence, conversations and a general investigation of the facts.

Dated:  Mineola, New York
         January 3, 2008

                                _____
                                  HENRY M. PRIMAVERA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ROSA DELGADO,

              Plaintiff,                     CV

          -against-                  AFFIDAVIT OF
                                               SERVICE

PATHMARK STORES, INC.,

              Defendant.

--------------------------------------------------------X
STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NASSAU  )

         LORETTA GRECO, being duly sworn, deposes and says:
         That your deponent is not a party to the action and is over the age of 18
years and on January 3, 2008 deponent served the within NOTICE OF REMOVAL upon the
attorneys for the respective parties to this action as follows:

WAYNE D. KURZNER, ESQ.
Attorneys for Plaintiff
555 Fifth Avenue
New York, New York 10017
(212) 867-9149

the addresses designated by said attorneys for that purpose by dispatching a true copy
thereof enclosed in a properly addressed wrapper into the custody of Federal Express for
overnight delivery service, prior to the latest time designated by that service for
overnight.

                                              LORETTA GRECO

Sworn to before me this
January 3, 2008

  NOTARY PUBLIC

            MICHAEL GERARD WALKER
        Notary Public, State Of New York
            No. 02WA6088182
         Qualified In Nassau County
      Commission Expires March 3, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA DELGADO,

Plaintiff,

-against-

PATHMARK STORES, INC.,

Defendant.

## NOTICE OF REMOVAL

### KRAL, CLERKIN, REDMOND, RYAN PERRY & GIRVAN, LLP

Attorneys for

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ......................................   Signature ...............................................................................

Print Signer's Name..................................................................

*Service of a copy of the within*                                                        *is hereby admitted.*

*Dated:*

.......................................................................
                                          *Attorney(s) for*

## PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY   *that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within-named Court on*                     *20*

☐ NOTICE OF SETTLEMENT   *that an Order of which the within is a true copy will be presented for settlement to the*
*Hon.                                , one of the judges of the within-named Court,*
*at*
*on                        20           , at                        M.*

*Dated:*

**KRAL, CLERKIN, REDMOND, RYAN PERRY & GIRVAN, LLP**

*Attorneys for*

*To:*                                                           69 EAST JERICHO TURNPIKE
                                                               MINEOLA, NEW YORK 11501

*Attorney(s) for*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------X

ROSA DELGADO

Index # 17667-07
Purchased 7/23/07

SUMMONS

                              Plaintiff,

        - against -

PATHMARK STORES, INC.

Plaintiffs designate
Bronx County as
place of Trial.
The Basis of Venue is
Plaintiffs residence.

                              Defendant.

------------------------------------------X

Plaintiffs reside at:      3209 Decator Avenue #3F
                           Bronx, New York 10467

TO THE ABOVE NAMED DEFENDANT(S):

        **You are hereby summoned** to answer the complaint in this
action and to serve a copy of your answer, of, if the complaint is
not served with this summons, to serve a notice of appearance, on
the Plaintiff's Attorney(s) within 20 days after the service of
this summons, exclusive of the day of service (or within 30 days
after the service is complete if this summons is not personally
delivered to you within the State of New York); and in case of your
failure to appear or answer, judgment will be taken against you by
default for the relief demanded in the complaint.

Dated:    New York, New York
          July  , 2007

                           **WAYNE D. KURZNER, ESQ.**
                           555 Fifth Avenue
                           14th floor
                           New York, New York 10017
                           (212) 867-9149

DEFENDANT'S ADDRESS:

Pathmark Stores, Inc. - 1700 Eastchester Road, Bronx, NY 10461

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
_____

ROSA DELGADO,

                    Plaintiff                          VERIFIED
                                                       COMPLAINT
          - against -

PATHMARK STORES, INC.

                    Defendant
_____

          The plaintiff, by her attorney, Wayne B. Kuzner,

complaining of the defendants, respectfully states and alleges the

following:

          FIRST:    That at all times hereinafter mentioned the

plaintiff, ROSA DELGADO, was and still is a resident of the County of

Bronx, City and State of New York.

          SECOND:   Upon information and belief that at all times

hereinafter mentioned, the defendant, PATHMARK STORES, INC., was a

domestic corporation organized and existing under and by virtue of the

laws of the State of New York.

          THIRD:    Upon information and belief that at all times

hereinafter mentioned, the defendant, PATHMARK STORES, INC., was a

foreign corporation duly authorized and doing business in the State of

New York.

          FOURTH:   That at all times hereinafter mentioned,

defendant, PATHMARK STORES, INC., was doing business as a supermarket

at 1720 Eastchester Road, in the County of Bronx, City and State of

New York.

FIFTH:    That at all times hereinafter mentioned, defendant, PATHMARK STORES, INC., its agents, servants, and/or employees, owned, operated, maintained, managed and controlled a supermarket at 1100 Eastchester Road in the County of Bronx, City and State of New York.

SIXTH:    That at all times hereinafter mentioned as a result of the negligence of the defendant herein, its agents, servants and/or employees, there was caused to be, become, and remain a liquid substance on the floor in and around the aforesaid supermarket.

SEVENTH:    That the supermarket and its surrounding areas was and still is a public area in continuous use by consumers and other persons walking to and from their respective destinations.

EIGHTH:    That on May 26, 2007, the plaintiff was lawfully upon said premises and surrounding areas.

NINTH:    That on May 26, 2007, while said plaintiff was lawfully situated upon said premises and surrounding areas she was caused to slip and fall.

TENTH:    That as a result thereof, she suffered serious injury and protracted pain and suffering.

ELEVENTH: That as a result of the aforesaid, the plaintiff has suffered and been damaged in a sum exceeding all jurisdictional limits.

WHEREFORE, plaintiff demands judgment against defendants in a sum exceeding all jurisdictional limits, together with the costs and disbursements of this action.

Dated:  New York, New York
        May  , 2007

                                        WALTER L. STRATTON
                                        LAW FIRM ...
                                        1400 ...
                                        New York, NY 10019
                                        (212) ...

ATTORNEY'S VERIFICATION

WAYNE KURZNER, an attorney duly admitted and licensed to practice law in the Courts of the State of New York alleges:

That I am the attorney for the plaintiff in the within action.

That I have read the foregoing Summons and Verified Complaint and know the contents thereof.

That the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters therein stated to be alleged on information and belief, he believes them to be true.

That the reason this verification is made by your affirmant and not by the plaintiff is because plaintiff does not reside within the county wherein your affirmant maintains his office.

That the sources of affirmant's information and the grounds for belief are based upon correspondence and reports of investigation in the files of affirmant's firm.

DATED: New York, New York
       July  , 2007

_____
WAYNE D. KURZNER

ROSA DELGADO,

Plaintiff,

-against-

PATHMARK STORES, INC.

Defendant.

SUMMONS AND VERIFIED COMPLAINT

WAYNE D. KURZNER
Attorney for                    Plaintiff

Office and Post Office Address, Telephone
555 Fifth Avenue
14th Floor
NEW YORK, NEW YORK 10017
(212) 867-9149
FAX NO. (212) 986-5316

To                                          Signature (Rule 130-1.1-a)

Attorney(s) for                             Print name beneath

Service of a copy of the within

is hereby admitted.

Dated.

Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT

that an order
settlement to the HON.                      of which the within is a true copy will be presented for
of the within named court, at                                              one of the judges
on                              at              M

Dated.

Yours, etc.
WAYNE D. KURZNER
Attorney for

Office and Post Office Address
555 Fifth Avenue
14th Floor
NEW YORK, NEW YORK 10017

To

Attorney(s) for

Blumberg

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
==============================X

ROSA DELGADO,

                      Plaintiff,          Index #17667/07

         -against-            **VERIFIED ANSWER**

PATHMARK STORES, INC.,

                      Defendant.

==============================X

        Defendant, PATHMARK STORES, INC., by its attorneys, KRAL, CLERKIN,

REDMOND, RYAN, PERRY & GIRVAN, answering the Complaint of the plaintiff, sets forth

upon information and belief the following:

        1.  Defendant denies having knowledge or information sufficient to form a

belief as to the truth of the allegations contained in paragraphs "FIRST" and "EIGHTH" of

the Complaint.

        2.  Defendant denies each and every allegation contained in paragraph

"SECOND", "SIXTH", "NINTH", "TENTH" and "ELEVENTH" of the Complaint.

        3.  Defendant denies each and every allegation contained in paragraph

"FIFTH" except admits that PATHMARK STORES, INC. operated, maintained, managed

and controlled a supermarket at 1720 Eastchester Road in the County of Bronx, City and

State of New York.

4.  Defendant denies each and every allegation contained in paragraph "SEVENTH" in the form alleged and respectfully refers all question of law to the determination of the court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

5.  Upon information and belief, the injuries sustained by plaintiff and any alleged damages were caused in whole or in part, or were contributed to by reason of the negligence, want of care, carelessness, assumption or risk, or other culpable conduct on the part of the plaintiff and by reason of the foregoing, the damages allegedly attributable or otherwise recoverable herein should be reduced proportionately.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6.  That the plaintiff could, with due diligence, have obtained personal jurisdiction over tortfeasors not a party to this lawsuit.  Therefore, the culpability of these missing or absent tortfeasors may be computed into the apportionment of total culpability causing the subject occurrence.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

7.  These answering defendants' equitable shares of the total liability assigned to all persons liable, if any, if fifty percent (50%) or less.

**WHEREFORE**, the defendant PATHMARK STORES, INC. demand judgment dismissing plaintiff's Verified Complaint together with the costs and disbursements of this action.

Dated:  Mineola, New York
            September 4, 2007

Yours, etc.,

KRAL, CLERKIN, REDMOND, RYAN,
     PERRY & GIRVAN, LLP
Attorneys for Defendant
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

BY: _____
      HENRY M. PRIMAVERA

TO:  WAYNE D. KURZNER, ESQ.
     Attorneys for Plaintiff
     555 Fifth Avenue
     New York, New York 10017
     (212) 867-9149

STATE OF NEW YORK)
                              ss:
COUNTY OF NASSAU )

       I, the undersigned, an attorney duly admitted to practice in the Courts of

the State of New York, state:

       That I am a member of the firm of KRAL, CLERKIN, REDMOND, RYAN,

PERRY & GIRVAN, LLP, the attorneys of record for the defendant PATHMARK STORES,

INC. in the within action;

       I have read the foregoing Answer to Verified Complaint and know the

contents thereof; the same is true to my own knowledge, except as to the matters therein

stated to be alleged on information and belief, and as to those matters I believe it to be

true. The reason this verification is made by me and not by the defendant is that the

answering defendant maintains its principal place of business outside Nassau County.

       The grounds of my belief as to all matters not stated upon my own

knowledge are information, correspondence, conversations and a general investigation

of the facts.

Dated:  Mineola, New York
       September 4, 2007

                       HENRY M. PRIMAVERA

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------- --------------------------------------------X

ROSA DELGADO,

                        Plaintiff,

               -against-

PATHMARK STORES, INC.,

                      Defendant.

----------------------------------------------------X

Index #17667/07

**CPLR Section 3017(c)**
**REQUEST FOR A**
**SUPPLEMENTAL DEMAND**

COUNSELORS:

        PLEASE TAKE NOTICE, that pursuant to CPLR Section 3017(c) defendant,

PATHMARK STORES, INC., hereby demand that within fifteen (15) days plaintiff,  ROSA

DELGADO, provide a Supplemental Demand setting forth the total damages to which

plaintiff deems herself entitled.

        PLEASE TAKE FURTHER NOTICE, that in the event the Supplemental

Demand is not served within fifteen (15) days of this request, defendant shall move for

an Order requiring plaintiff's compliance.

Dated:  Mineola, New York
          September 4, 2007

Yours, etc.,

KRAL, CLERKIN, REDMOND, RYAN,
      PERRY & GIRVAN, LLP
Attorneys for Defendant
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

BY: _____
        HENRY M. PRIMAVERA

TO:   WAYNE D. KURZNER, ESQ.
       Attorneys for Plaintiff
       555 Fifth Avenue
       New York, New York 10017
       (212) 867-9149

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------X
ROSA DELGADO,

                        Plaintiff,          Index #17667/07

       -against-                   **Affidavit of Service**

PATHMARK STORES, INC.,

                      Defendant.
--------------------------------------------------------X

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF NASSAU )

        LORETTA GRECO, being duly sworn, deposes and says: That your deponent is not a party to the action and is over the age of 18 years old and on September 4, 2007 served the within VERIFIED ANSWER, DEMAND FOR A VERIFIED BILL OF PARTICULARS, COMBINED DEMAND, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION AND SUPPLEMENTAL DEMAND upon the attorneys for the respective parties to this action as follows:

TO:  WAYNE D. KURZNER, ESQ.
      Attorneys for Plaintiff
      555 Fifth Avenue
      New York, New York 10017
      (212) 867-9149

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                         LORETTA GRECO

Sworn to before me this 4th
September, 2007

NOTARY PUBLIC

MARY ANNE INTINTOLI
Notary Public, State of New York
No. 4720053
Qualified in Nassau County
Commission Expires August 31, 2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------X
ROSA DELGADO,

            Plaintiffs,                  RESPONSE TO DEMAND

    -against-


                                        Index #:17667/07

PATHMARK STORES, INC.,

              Defendants.
----------------------------------------X

The plaintiff requests the total sum of ONE MILLION ($1,000,000.00)
DOLLARS.

                          WAYNE D. KURZNER


TO:
  KRAL, CLERKIN, REDMOND & RYAN
  69 EAST JERICHO TURNPIKE
  MINEOLA, NY 11501
    (914) 285-8500

DATED: New York, New York
      DECEMBER 17, 2007

                Yours, etc.,

                Wayne D. Kurzner, Esq.
                Attorney for Plaintiff
                555 Fifth Avenue
                14th Floor
                New York, New York 10017
                212-867-9149

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)

                  ss.:

COUNTY OF NEW YORK  )

    **ESTELLE JONES**, being duly sworn, deposes and says:
deponent is not a party to the action, is over 18 years of age and
resides at New York, New York.

    On the __17TH__ day of  December, 2007 deponent served the
within DISCOVERY RESPONSE, UPON

KRAL CLERKIN REDMOND RYAN
 PERRY & GIRVAN, LLP
69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

the addresses designated by said attorneys for the purpose by
depositing a true copy of same in a post-paid properly addressed
wrapper, in--a post office--official depository under the exclusive
care and custody of the United States Postal Service within the
State of New York.

WAYNE D. KURZNER
Notary Public, State of New York
No. 4760234
Qualified in New York County
Commission Expires August 31, 20__

_____
ESTELLE JONES

Sworn to before me this
__17__ day of December, 2007

_____
    Notary Public

SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX

ROSA DELGADO,

                                        Plaintiff,

                    -against-

PATHMARK STORES, INC.

                                        Defendant.

                    Plaintiff