UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROSA DELGADO,

        Plaintiff,

  -against-

PATHMARK STORES, INC.,

        Defendant.

------------------------------------------------------------X

**JURY DEMAND**

08 CV 00029 (JSR)

**PLEASE TAKE NOTICE**, that defendant Pathmark Stores, Inc. hereby demands a trial by a jury.

Dated: Mineola, New York
       January 3, 2008

Respectfully submitted,

KRAL, CLERKIN, REDMOND, RYAN,
    PERRY & GIRVAN, LLP
Attorneys for Defendant
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

BY: _____
    HENRY M. PRIMAVERA (8788)

TO:  WAYNE D. KURZNER, ESQ.
     Attorneys for Plaintiff
     555 Fifth Avenue, 14th Floor
     New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA DELGADO,

                             Plaintiff,            08 CV 00029 (JSR)

      -against-                         **Affidavit of Service**

PATHMARK STORES, INC.,

                             Defendant.
------------------------------------------------------------X

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NASSAU  )

       LORETTA GRECO, being duly sworn, deposes and says: That your deponent is not a party to the action and is over the age of 18 years old and on January 3, 2008 served the within JURY DEMAND upon the attorneys for the respective parties to this action as follows:

TO:   WAYNE D. KURZNER, ESQ.
       Attorneys for Plaintiff
       555 Fifth Avenue
       New York, New York 10017
       (212) 867-9149

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                                   LORETTA GRECO

Sworn to before me this 3rd
January, 2008

_____
NOTARY PUBLIC

MARY ANNE INTINTOLI
Notary Public, State of New York
No. 4768553
Qualified in Nassau County
Commission Expires August 31, 2010

ROSA DELGADO,

Plaintiff,

-against-

PATHMARK STORES, INC.,

Defendant.

## JURY DEMAND

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

*Attorneys for* DEFENDANT

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated:...........................   Signature ................................................................................................

Print Signer's Name..............................................................................

*Service of a copy of the within*                                                                                          *is hereby admitted.*

Dated:

................................................................................................
*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**   that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                                              20

☐ **NOTICE OF SETTLEMENT**   that an Order of which the within is a true copy will be presented for settlement to the
Hon.                                    , one of the judges of the within-named Court,
at
on                          20        , at                  M.

Dated:

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

*Attorneys for*

To:                                                                                      69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501

*Attorney(s) for*