UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSA DELGADO,

              Plaintiff,

  - against -

PATHMARK STORES, INC.,

              Defendant.
----------------------------------------X

08 Civ. 0029 (JSR)

**STIPULATION
DISCONTINUING ACTION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties of the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court, and an Order to that effect may be entered without further notice.

Dated:    New York, New York
            MARCH    , 2007

                        WAYNE D. KURZNER
                        Attorney for Plaintiff
                        555 Fifth Ave, 11th floor
                        New York, N.Y. 10017

                        KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN
                        Attorneys for Defendant
                        69 EAST JERICHO TURNPIKE
                        MINEOLA, NY 11501

SO ORDERED:

_____
U.S.D.J.

5-15-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08